**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **VICTORY SOLUTIONS LLC,** | CASE NO. 13-cv-7231 |
| Plaintiff, | |
| vs. | |
| | COMPLAINT/APPLICATION FOR CONFIRMATION OF ARBITRATION AWARD |
| **BROADNET TELESERVICES, LLC,** | |
| Defendant. | |

Plaintiff Victory Solutions, LLC ("Victory Solutions") applies to this Court for an order confirming the September 4, 2013 Final Award it obtained against Defendant Broadnet Teleservices, LLC ("Broadnet") in the arbitration proceeding before the American Arbitration Association captioned *Broadnet Teleservices, LLC v. Victory Solutions, LLC,* Case No. 51-117-1383-11 (the "Arbitration Proceeding").

1. The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 in that the parties have diverse citizenship and the amount in controversy (*i.e.* the Final Award) exceeds the sum of $75,000.

2. Victory Solutions is an Ohio limited liability company that is engaged in the business of providing information technology products and other related services to political campaigns, political telemarketing companies, and political consultants.

3. Broadnet is a Colorado limited liability company that is in the business of providing information delivery services related to voice broadcasting and information delivery software and accompanying products.

4. On September 1, 2009, Victory Solutions entered into a Re-Seller Agreement to

1

serve as a reseller of Broadnet's products and services to third-parties. A true and accurate copy of the Re-Seller Agreement is attached to Victory Solutions' Motion for Confirmation of Arbitration Award, which is being filed contemporaneously herewith, as Exhibit A.

5. As part of the Re-Seller Agreement Broadnet and Victory Solutions agreed to resolve any disputes that arose between them through binding arbitration in Chicago, Illinois. In particular, Section 22(G) of the Re-Seller Agreement states as follows:

> Any dispute among the parties will be submitted exclusively to final and binding arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association. The location of any arbitration shall be in the city of Chicago, Illinois. The parties agree to be bound by any ruling in such arbitration proceeding and that such ruling shall be enforceable in any court of competent jurisdiction.

6. On or about November 3, 2011, Broadnet initiated the Arbitration Proceeding by filing a Demand for Arbitration with the American Arbitration Association. A true and accurate copy of Broadnet's Demand for Arbitration is attached to Victory Solutions' Motion for Confirmation of Arbitration Award, which is being filed contemporaneously herewith, as Exhibit B.

7. Victory Solutions responded to Broadnet's Demand for Arbitration by filing an Answer and Counterclaim on or about January 31, 2012. A true and accurate copy of Victory Solutions' Answer and Counterclaim is attached to Victory Solutions' Motion for Confirmation of Arbitration Award, which is being filed contemporaneously herewith, as Exhibit C.

8. The arbitration hearing was held in Chicago, Illinois on April 15 and 16, 2013 before a mutually accepted arbitrator.

9. During the arbitration hearing, the Chief Executive Officers of both parties, as well as Broadnet's Executive Vice President, testified.

10. After the close of evidence, the parties submitted their respective closing briefs.

11. On July 12, 2013, the arbitrator issued an Interim Award in favor of Victory Solutions by awarding it $164,541.42 in damages plus reasonable attorneys' fees and costs. The Interim Award directed Victory Solutions to submit a detailed itemization of its fees and costs within ten days of the Interim Award. Broadnet then had ten days from the date of Victory Solutions itemization of fees and costs to oppose same. A true and accurate copy of the Interim Award is attached to Victory Solutions' Motion for Confirmation of Arbitration Award, which is being filed contemporaneously herewith, as Exhibit D.

12. The arbitrator issued the Final Award on September 4, 2013, a true and accurate copy of which is attached to Victory Solutions' Motion for Confirmation of Arbitration Award, which is being filed contemporaneously herewith, as Exhibit E.

13. The Final Award awarded Victory Solutions damages against Broadnet in the total amount of $327,315.10 in full settlement of all claims and counterclaims submitted as part of the Arbitration Proceeding.

14. Accordingly, all claims against all parties in the Arbitration Proceeding have been fully and finally adjudicated.

15. To-date, Broadnet has not moved to vacate, modify, or correct the Final Award. Victory Solutions requests judicial confirmation of the arbitrator's Final Award based on the fact that no grounds exist to avoid confirmation.

16. To-date, despite demands that it do so, Broadnet has refused to pay Broadnet the amount set forth in the Final Award.

WHEREFORE, Victory Solutions demands that that Broadnet be ordered to comply with the arbitration award in full; pay to Victory Solutions the sum of $327,315.10 in damages, plus

interest; and pay Victory Solutions its additional costs and attorneys' fees incurred in enforcing the Final Award.

Dated: October 9, 2013

Respectfully submitted,

*/s/ Brian E. Ambrosia*
Brian E. Ambrosia (0079455)
*bambrosia@taftlaw.com*
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 (fax)

OF COUNSEL:

Philip R. Bautista
*pbautista@taftlaw.com*
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
(216) 241-2838
(216) 241-3707 (fax)

*Attorneys for Plaintiff Victory Solutions, LLC*